UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

SECURITIES AND EXCHANGE COMMISSION, )
)
Plaintiff, )
)
v. ) Civil Action No. 00-30170-FHF
)
ROBERT C. SEARS, )
)
Defendant, )
)
and )
)
LAST MINUTE CONCESSIONS INC., )
JAMES W. CASAGRANDE, )
COLD SPRING GOLF COURSE INC. and )
COLD SPRING DEVELOPMENT INC., )
)
Relief Defendants. )

**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT
AGAINST RELIEF DEFENDANTS**

Plaintiff Securities and Exchange Commission ("Commission") hereby moves, pursuant to Rule 56 of the Federal Rules of Civil Procedure, for summary judgment against relief defendants Last Minute Concessions Inc. ("LMC"), James W. Casagrande ("Casagrande"), Cold Spring Golf Course Inc. ("CSG"), and Cold Spring Development Inc. ("CSD") and asks the Court to order the relief defendants, jointly and severally, to pay disgorgement in the amount of $2,294,485 plus pre-judgment interest.

In support of this motion, the Commission submits a statement of undisputed facts (with supporting sworn declarations and other evidentiary materials), a memorandum of law, and a proposed form of final judgment.

Respectfully submitted,

JUAN MARCEL MARCELINO
DISTRICT ADMINISTRATOR

By: _____
Frank C. Huntington (Mass. Bar No. 544045)
Senior Trial Counsel

Ellen E. Bober (Mass. Bar No. 567598)
Enforcement Attorney

Attorneys for Plaintiff
**SECURITIES AND EXCHANGE COMMISSION**
73 Tremont Street, Suite 600
Boston, MA  02108
(617) 424-5900  ext. 201 (Huntington)
            ext. 608 (Bober)
(617) 424-5940 (fax)

Dated:   October 30, 2002

## CERTIFICATE OF SERVICE

I, Frank C. Huntington, certify that on October 30, 2002, a copy of the foregoing Plaintiff's Motion for Summary Judgment against Relief Defendants was sent by first-class mail to counsel of record as follows:

*Attorney for Defendant Robert Sears (limited appearance)*

Irving D. Labovitz, Esq.
One Financial Plaza
1350 Main Street, 15th Floor
Springfield, MA  01103
(413) 733-0600
(413) 732-5828  (fax)

*Attorney for Relief Defendants*
*James Casagrande and Last Minute Concessions, Inc.*

Thomas Lesser, Esq.
Lesser, Newman, Souweine & Nasser, LLP
39 Main St., Suite I
Northampton, MA  01060-3132
(413) 584-7331
(413) 586-7076  (fax)

*Attorneys for Relief Defendants*
*Cold Spring Golf Course, Inc. and Cold Spring Development, Inc.*

John A. Houlihan, Esq.
Robert D. Laurie, Esq.
Edwards & Angell, LLP
101 Federal Street
Boston, MA  02110
(617) 439-4444
(617) 439-4170  (fax)

_____
Frank C. Huntington